# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  3:02CR258-1 |
| Terry James Carrothers | ) USM No:  20035-058 |
| Date of Previous Judgment:  3/20/06 | ) Norman Butler |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   60   months **is reduced to**   53 months   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏ Other (explain):

## III.  ADDITIONAL COMMENTS

The sentence of 53 months confinement is for count 1.  The defendant is still subject to the 60-month consecutive sentence for count 2, and the total term of imprisonment is 113 months.  It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days,

Except as provided above, all provisions of the judgment dated   3/20/06   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   December 2, 2008

Effective Date: _____
                (if different from order date)

Martin Reidinger
United States District Judge